UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

ENTERED
November 01, 2019
David J. Bradley, Clerk

Multicultural Education and Counseling §
Through the Arts, Inc., §
§
      Plaintiff, §
§
versus § Civil Action H-19-2546
§
Philadelphia Indemnity Insurance Company, §
§
      Defendant. §

## Opinion on Partial Summary Judgment

As rendered on October 31, 2019, the extracontractual claims by Multicultural Education and Counseling Through the Arts, Inc., are dismissed with prejudice. (12)

This case is a dispute about the amount of damage caused by Hurricane Harvey to a 107-year-old building. Multicultural has not furnished any evidence that could establish that Philadelphia Indemnity Insurance Company unfairly appraised the damages or fraudulently disputes its claim.

Signed on November ___/___, 2019, at Houston, Texas.

                                    Lynn N. Hughes
                             United States District Judge